```
                                                                    FILED
            UNITED STATES COURT OF APPEALS
                                                                    AUG 7 2025
                   FOR THE NINTH CIRCUIT
                                                               MOLLY C. DWYER, CLERK
                                                                U.S. COURT OF APPEALS
```

| | |
|---|---|
| YELLOWSTONE TO UINTAS CONNECTION and ALLIANCE FOR THE WILD ROCKIES,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>MEL BOLLING, Forest Supervisor Caribou-Targhee National Forest and UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>    Defendants - Appellees,<br><br>and<br><br>LOWER VALLEY ENERGY, INC.,<br><br>    Intervenor-Defendant - Appellee. | No. 25-4340<br><br>D.C. No. 4:25-cv-00211-DCN District of Idaho, Pocatello<br><br>ORDER |

Before: S.R. THOMAS and SILVERMAN, Circuit Judges.

The motion (Docket Entry No. 8) for injunctive relief is denied. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for

preliminary injunction in district court).

The existing briefing schedule remains in effect.